UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PATRICIA KLAWONN, on behalf of the Motion Picture Industry Individual Account Plan,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>BOARD OF DIRECTORS FOR THE MOTION PICTURE INDUSTRY PENSION PLANS; et al.,<br><br>Defendants - Appellees. | No. 25-2874<br><br>D.C. No.<br>2:20-cv-09194-DMG-AS<br><br>Central District of California, Los Angeles<br><br>MANDATE |
| PATRICIA KLAWONN,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>BOARD OF DIRECTORS FOR THE MOTION PICTURE INDUSTRY PENSION PLANS; et al.,<br><br>Defendants - Appellants. | No. 25-3230<br><br>D.C. No.<br>2:20-cv-09194-DMG-AS<br><br>Central District of California, Los Angeles |

The judgment of this Court, entered August 14, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT